1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER M. VANDERBEKE, an individual, | Case Number: 2:20-cv-01294-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |
| CONVERGENT OUTSOURCING, INC. a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff, Jennifer M. Vanderbeke ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

. . .

. . .

. . .

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 16th day of February, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 16th day of February, 2021.

CLARK HILL PLLC

By: */s/Jeremy J. Thompson*
    Jeremy J. Thompson, Esq.
    Nevada Bar No. 12503
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169
    *Attorney for Equifax Information Services LLC*

**IT IS SO ORDERED.**

Dated this __16__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT