COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER M. VANDERBEKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC. a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendant. | Case Number:<br>2:20-cv-01294-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Jennifer M. Vanderbeke ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 26th day of April, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 26th day of April, 2021.

NAYLOR & BRASTER

By: */s/Andrew J. Sharples*
    Jennifer L. Braster, Esq.
    Nevada Bar No. 9982
    Andrew J. Sharples, Esq.
    Nevada Bar No. 12866
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

JONES DAY
Katherine A. Neben, Esq.
Nevada Bar No. 14590
3161 Michelson Drive, Suite 800
Irvine, CA 92612
*Attorneys for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this __27__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT